IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Jones, Eva M | Case Number: 07 B 18476 |
| | Judge: Wedoff, Eugene R |
| Printed: 9/30/08 | Filed: 10/8/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: August 14, 2008
Confirmed: November 29, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 1,000.00 | |
| Secured: | | 105.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 839.35 |
| Trustee Fee: | | 55.65 |
| Other Funds: | | 0.00 |
| Totals: | 1,000.00 | 1,000.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,334.00 | 839.35 |
| 2. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 3. | Bank Of New York | Secured | 0.00 | 0.00 |
| 4. | Cook County Treasurer | Secured | 459.00 | 105.00 |
| 5. | Bank Of New York | Secured | 4,716.00 | 0.00 |
| 6. | Countrywide Home Loans Inc. | Secured | 313.00 | 0.00 |
| 7. | Cook County Treasurer | Unsecured | 1,154.23 | 0.00 |
| 8. | Jefferson Capital Systems LLC | Unsecured | 1,467.92 | 0.00 |
| | | | $ 11,444.15 | $ 944.35 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 45.90 |
| 6.5% | 9.75 |
| | $ 55.65 |

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Jones, Eva M | Case Number:  07 B 18476 |
| | Judge:  Wedoff, Eugene R |
| Printed:  9/30/08 | Filed:  10/8/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                                                 Marilyn O. Marshall, Trustee, by:

